Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1289 | **DATE** | 5/5/2011 |
| **CASE TITLE** | Andre M Kelly (N-23078) v. J. Bennette (#4372), et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to proceed *in forma pauperis* [5] is granted and the court waives the initial partial filing fee. The clerk shall send a copy of this order to the trust fund officer at the Illinois River Correctional Center and shall issue summonses for service of the complaint by the U.S. Marshal on Stateville Officers J. Bennette (#4372) and T. Wade. No summons shall issue for the John Doe Defendant until his identity is known.

O [For further details see text below.]  Docketing to mail notices.

## STATEMENT

　　Plaintiff, Andre M Kelly (N-23078), an inmate at the Illinois River Correctional Center, has filed an *in forma pauperis* application in accordance with the court's 3/16/11 order. The court grants his motion to proceed *in forma pauperis* and waives the initial partial filing fee. The trust fund officer at Plaintiff's place of confinement is authorized to collect monthly payments from Plaintiff's trust account in an amount equal to 20% of the preceding month's income credited to the account. Monthly collected payments shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, IL 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the number of this case. Plaintiff shall remain responsible for the filing fee, and Illinois River officials shall notify transferee authorities of any outstanding balance if Plaintiff is transferred.
　　Preliminary review of the complaint reveals that Plaintiff has stated a colorable cause of action. Plaintiff alleges that, in 2010 and early 2011, while he was at the Northern Reception and Classification ("NRC") Unit of Stateville Correctional Center, Officer J. Bennette (#4372), T. Wade, and two unknown officers denied his diabetes and anti-seizure medication, as well as medical attention. The clerk shall issue summonses for service of the complaint on Officers Bennette and Wade. Service on the John Doe Defendants shall not issue until their identities are known. Once an attorney enters an appearance for the named Defendants, Plaintiff must seek to learn the identities of the unknown Defendants. Plaintiff's failure to do so may result in the dismissal of the Doe Defendants.
**(CONTINUED)**

isk

| STATEMENT |
|---|
| The U.S. Marshals Service is appointed to serve Stateville NRC Officers J. Bennette (#4372) and T. Wade. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve Defendants with process. The Marshal is directed to make all reasonable efforts to serve Defendants. With respect to any former employee no longer at the work address provided by Plaintiff, officials at Stateville shall furnish the Marshal with the Defendant's last known address. The information shall be used only for purposes of effectuating service, or for proof of service if a dispute arise, and shall not be maintained in the court file nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to Defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.<br><br>Plaintiff must file all future papers concerning this action with the clerk of court in care of Prisoner Correspondent. Plaintiff must provide the court with the original plus a complete judge's copy, including any exhibits. He must also send an exact copy of any court filing to the Defendants, or to their attorney, if one has entered an appearance. Every document filed with the court must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to Plaintiff. |